# GOLDBERG & ROSEN, P.A.
TRIAL ATTORNEYS

Mellon Financial Center
1111 Brickell Avenue, Suite 2180
Miami, Florida 33131

Telephone: (305) 374-4200
Facsimile: (305) 374-8024
www.goldbergandrosen.com

September 14, 2010

*Via Fax: (305)406-6156 & Certified Mail*
Carnival Corporation
Attention: Loss Prevention department
3655 N. W. 87th Avenue
Miami, Florida 33166

Re:   Our Client:   Melinda J. Holden
      D/O/L:        08/15/2010

## FORMAL NOTICE OF CLAIM

Dear Sir or Madam:

This law office represents Melinda J. Holden with regards to serious injuries Ms. Holden sustained in the above referenced claim. This letter shall serve as our formal Notice of Claim pursuant to the terms of your passenger ticket.

It is our understanding that you may have already been placed on formal notice; however, we are supplementing any prior notifications with this formal Notice of Claim. Please be advised that Melinda J. Holden was injured aboard the Carnival Dream on or about August 15, 2010. Ms. Holden suffered a distal 3rd tibia-fibula fracture with spiral component to the tibia, obliqueness to the tibia and slight displacement with lateral angulation.

We will be pursuing a claim based on negligence and exploring all theories allowable under law.

If you feel that this Notice of Claim is defective in any way or does not meet the criteria on the passenger ticket, please notify this office immediately.

Very truly yours,

GOLDBERG AND ROSEN, P.A.

Judd G. Rosen

JGR/rg

Enclosure: Passenger Ticket