AO 440 (Rev. 12/09) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Southern District of Florida

| | | |
|---|---|---|
| MELINDA HOLDEN | ) | |
| *Plaintiff* | ) ) ) | |
| v. | ) | Civil Action No. |
| CARNIVAL CORPORATION, A Foreign Profit Corporation, d/b/a CARNIVAL CRUISE LINES | ) ) ) | |
| *Defendant* | ) | |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*   CARNIVAL CORPORATION, A Foreign Profit Corporation
d/b/a Carnival Cruise Lines
Registered Agent, Arnaldo Perez
3655 NW 87th Avenue
MLGL 815
Miami, Florida 33178-2428

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

JUDD ROSEN, ESQ.
GOLDBERG AND ROSEN, P.A.
1111 BRICKELL AVENUE
SUITE # 2180
MIAMI, FLORIDA 33131

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: _____

_____
*Signature of Clerk or Deputy Clerk*