UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 11-22297-CIV-ALTONAGA/SIMONTON

MELINDA HOLDEN,

    Plaintiff,

v.

CARNIVAL CORPORATION,
A Foreign Profit Corporation, d/b/a
CARNIVAL CRUISE LINES,

    Defendant.
_____/

## PLAINTIFF'S INITIAL RULE 26 DISCLOSURES

**COMES NOW**, the Plaintiff, MELINDA HOLDEN, by and through her undersigned attorney, hereby submits the following initial disclosures, pursuant to Rule 26(a)(1) of the Federal Rules of Civil Procedure and Local Rule 16.1:

1. **Rule 26(a)(1)(A)(i): The name and, if known, the address and telephone number of each individual likely to have discoverable information — along with the subjects of that information — that the disclosing party may use to support its claims or defenses.**

    a.    Melinda Holden - Plaintiff
    c/o Mr. Judd Rosen, Esq.
    27 Peach Blossom Road South
    Hilton, NY 14468
    Melinda Holden has knowledge of the events and circumstances surrounding the event that caused her injuries.

    b.    Robert Holden - Plaintiff's husband
    c/o Mr. Judd Rosen, Esq.
    27 Peach Blossom Road South
    Hilton, NY 14468
    Robert Holden has knowledge of the events and circumstances that occurred immediately after the event that caused Melinda Holden's injuries. He was with

      Ms. Holden at all times from the moment she was in the infirmary on the vessel Dream.

   c.   Dr. Jeffrey M. Chase - Treating Physician
      9149 Estate Thomas, Suite 104
      St. Thomas, VI 00802
      Dr. Jeffrey M. Chase treated Ms. Holden after she sustained her injuries onboard the vessel.

   d.   Dr. Gregory Finkbeiner – Orthopedic Surgeon
      Rochester General Hospital
      1425 Portland Avenue
      Rochester, NY 14621
      Dr. Gregory Finkbeiner performed Ms. Holden's surgery.

   e.   Hilton Physical Therapy
      1026 Hilton Parma Road, Suite #1
      Hilton, NY 14468
      Hilton Physical Therapy is where Ms. Holden attended physical therapy sessions after her surgery.

   f.   All witnesses listed by the Defendant.

**2. Rule 26(a)(1)(A)(ii): A copy — or a description by category and location — of all documents, electronically stored information, and tangible things that the disclosing party has in its possession, custody, or control and may use to support its claims or defenses.**

   a. Medical records and bills from all treating doctors.
   b. Incident Report produced onboard the vessel Dream.
   c. Photographs taken of Ms. Holden's injuries and of the accident scene.
   d. Correspondence from Plaintiff to Defendant.
   e. Correspondence from Defendant to Plaintiff.

**3. (iii) Rule 26(a)(1)(A)(iii): Computation of damages.**

   a. Past medical expenses based on bills in possession: $17,598.66.
   b. Future medical expenses, pain and suffering, or other compensable expenses: To be provided in the future.

MELINDA HOLDEN v. CARNIVAL CRUISE LINES
CASE No.: 11-22297

4. **Rule 26(a)(1)(A)(iv): Any insurance agreement under which an insurance business may be liable to satisfy all or part of a possible judgment in the action or to indemnify or reimburse for payments made to satisfy the judgment.**

None.

Plaintiff reserves the right to amend and/or supplement answers pursuant to Rule 26(e) of the Federal Rules of Civil Procedure.

Respectfully submitted,

JUDD G. ROSEN, ESQ.
**GOLDBERG & ROSEN, P.A.**
1111 Brickell Avenue, Suite 2180
Miami, Florida 33131
Tel: (305) 374-4200
Fax: (305) 374-8024


BY: _____/s/_____
    Judd G. Rosen, Esq.
    Florida Bar No.: 0458953


## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was faxed and mailed to:

**Mark A. Johnson,** *Attorney for Defendant,* Carnival Cruise Lines, 3655 NW 87th Avenue, Miami, FL 33178, this **8th day of August, 2011.**

By: _____
Judd G. Rosen, Esq.
Florida Bar No.: 0458953
jrosen@goldbergandrosen.com
GOLDBERG & ROSEN, P.A.
1111 Brickell Avenue, Suite# 2180
Miami, Florida 33131
Tel: (305) 374-4200
Fax: (305) 374-8024
*Attorney for Plaintiff*